■ In the Matter of JAMES KILCULLEN et al., Appellants, v ROBERT MUNIZ, as Assistant Commissioner of the Department of Housing Preservation and Development, Office of Rent and Housing Maintenance of the City of New York, Respondent. — Judgment, Supreme Court, New York County (A. R. Tyler, J.), entered on June 2, 1982, unanimously affirmed for the reasons stated by A. R. Tyler, J., at Special Term, without costs and without disbursements. Concur — Murphy, P. J., Sandler, Bloom, Milonas and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK McNEIL, Appellant. — Judgment, Supreme Court, New York County (Neco, J.), rendered on March 12, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Murphy, P. J., Sandler, Bloom, Milonas and Alexander, JJ.

■ GLORIA MATA, Appellant, v EDWARD MARTIN et al., Respondents. — Appeal from an order, Supreme Court, New York County (Blyn, J.), entered on October 13, 1982, withdrawn, without costs and without disbursements, with respect to respondent Horton, and said order, with respect to respondents Martin and 2-3-4 Private Car Service, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Ross, J. P., Carro, Asch, Silverman and Milonas, JJ.

■ HARRY D. HILLER, INC., Appellant, v STATE OF NEW YORK, Respondent. (Claims Nos. 65189, 65221.) — Appeal from an order of the Court of Claims of the State of New York (Edward M. Murray, J.), entered on July 1, 1982, dismissed as moot, without costs and without disbursements. No opinion. Concur — Sullivan, J. P., Ross, Bloom, Fein and Alexander, JJ.

■ IRINA H. YALKOWSKY et al., Infants, by DEANNE Y. NAPOLITANO, Their Mother and Natural Guaradian, Respondents-Appellants, v STANLEY YALKOWSKY, Appellant-Respondent. — Order, Supreme Court, New York County (McQuillan, J.), entered on June 30, 1982, unanimously affirmed, without costs and without disbursements. The appeal from an order of said court, entered on May 14, 1982, dismissed as having been subsumed in the appeal from the order entered on June 30, 1982, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Asch, Silverman and Kassal, JJ.

■ In the Matter of JOSEPHUS ETHERIDGE, Petitioner, v FELICE SHEA et al., Respondents. — Application in the nature of a writ of prohibition denied, the cross motion to dismiss petition granted, and the petition dismissed, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Asch, Silverman, Milonas and Kassal, JJ.